IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | No. CR 12-150-TUC-JGZ (GEE) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Jose Jesus Fierros, ) | |
| Respondents. ) | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Glenda E. Edmonds (Doc. 31) that recommends denying Defendant's Motion to Suppress. (Docs. 22 & 24.)[1] As throughly explained by Magistrate Judge Edmonds, Defendant is not entitled to suppression of the evidence seized because the stop of his vehicle was supported by reasonable suspicion.[2] As Defendant's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Edmonds, Defendant's objections are rejected and the Report and Recommendation is adopted.

//

---

[1] Duplicate copies of the Motion to Suppress were filed at Docs. 22 & 24; it appears that Doc. 22 was a deficient filing because it was missing the attorney's signature.

[2] The Court reviews *de novo* the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. 31) is accepted and adopted.

(2) Defendant's Motion to Suppress (Docs. 22 & 24) is denied.

DATED this 22nd day of June, 2012.

_____
Jennifer G. Zipps
United States District Judge